IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
JUN 29 2009
G. PATRICK MURPHY
SOUTHERN DISTRICT JUDGE
EAST ST. LOUIS, ILLINOIS
DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 01-40058-01-GPM |
| KENDAL R. MAYS, REG. NO. 13831-045, | ) |
| Defendant. | ) |

## ORDER

**MURPHY, District Judge:**

This matter is before the Court on motions to reduce Defendant Kendal R. Mays's sentence pursuant to 18 U.S.C. § 3582(c) – two motions filed *pro se* (Docs. 142, 145) and another motion filed by appointed counsel (Doc. 165). The Government has not responded to the motions.[1]

Because counsel's motion encompasses Defendant's *pro se* arguments, the *pro se* motions (Docs. 142, 145) are **DENIED as moot**. Counsel asks the Court to reduce Defendant's offense level from 35 to 33; that request is **granted**. The Court recognizes that in requesting a sentence below the guideline range, counsel intends to preserve the issue for further review. However, the Court is not authorized to sentence Defendant below the amended guideline range. *See United States v. Cunningham*, 554 F.3d 703 (7th Cir.), *cert. denied* 2009 WL 688846 (June 22, 2009). Accordingly,

---

[1] The facts of this case are virtually indistinguishable from those presented in a motion by counsel to reduce co-Defendant Darren E. Jett's sentence, which the Court granted over the Government's objection.

Page 1 of 2

the Court grants the alternative request to sentence Defendant at the low end of the amended guideline range, consistent with the sentence previously imposed.

For these reasons, the motion (Doc. 165) is **GRANTED in part and DENIED in part**. Pursuant to 18 U.S.C. § 3582(c)(2), the Court **REDUCES** Defendant Kendal R. Mays's sentence of imprisonment from 210 months to **168 months**. His Amended Offense Level is 33 (previously 35), with a Criminal History Category of III, resulting in an Amended Guideline Range of 168 to 210 months (previously 210 to 262 months). The reduced sentence is within the Amended Guideline Range. Except as provided herein, all provisions of the Judgment dated November 10, 2003, remain in effect.

**IT IS SO ORDERED.**

DATED: 06/29/09

G. PATRICK MURPHY
United States District Judge